# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ELIZABETH DAVIS,**

      Plaintiff,

  -vs-                                                   **Case No. 15-C-436**

**FALLS COLLECTION SERVICE, Inc.,
d/b/a FINANCIAL CONTROL SOLUTIONS,
as successor in interest to ACCOUNT
RECOVERY SERVICE, Inc., and
ACCOUNT RECOVERY SERVICE, Inc.,**

      Defendants.

---

## DECISION AND ORDER

---

Elizabeth Davis requests leave to proceed *in forma pauperis* in connection with her discrimination lawsuit against her former employer. According to her financial affidavit, Davis' monthly household income (via her husband's income) is $3,600. The Court appreciates that Davis has significant monthly expenses, but expects that she and her family could budget well enough to afford the filing fee to commence this lawsuit. 28 U.S.C. § 1915(a)(1).

Davis' motion [ECF No. 2] is **DENIED**. Davis must pay the filing fee within **thirty (30) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 16th day of April, 2015.

        **SO ORDERED:**

        *[signature]*
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**